

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE

02 1M
0004279596
MAILED FROM ZIP

RE: WR-81,246-01

GLEN EARL NOBLES

TDC #1860127

SABINE
SHERIFF TOM MADDOX
P.O. BOX 848
HEMPHILL, TX 75948-0848